UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMON SAUL SILVA,

                Petitioner,

v.

DONALD R. HOLBROOK,

                Respondent.

Case No. C22-282-LK-MLP

ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter is before the Court on Respondent's second motion for an extension of time to file an answer to Petitioner's petition for writ of habeas corpus. (Dkt. # 10.) Respondent indicates in his motion that he requires additional time because he has not yet been able to obtain from the Washington Court of Appeals all files necessary to prepare an answer to Petitioner's petition that satisfies the requirements of Rule 5 of the Rules Governing Section 2254 Cases. (*See id*.)

Petitioner opposes Respondent's motion. (Dkt. # 11.) However, Respondent must have access to the entirety of the state court file in order to adequately prepare an answer to Petitioner's federal habeas petition and to provide this Court with the documents necessary to

ORDER GRANTING RESPONDENT'S
SECOND MOTION FOR EXTENSION
OF TIME - 1

resolve the petition. The Court deems credible Respondent's assertion that he has not yet been able to obtain all necessary files. The Court therefore concludes that Respondent's request for additional time is appropriate.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Respondent's second motion for an extension of time to file his answer to Petitioner's federal habeas petition (dkt. # 10) is GRANTED. Respondent is directed to file his answer not later than *July 11, 2022*.

(2) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Lauren King.

DATED this 21st day of June, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
SECOND MOTION FOR EXTENSION
OF TIME - 2